IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01301-REB-MJW

CASUAL DINING DEVELOPMENT, INC.,

Plaintiff(s),

v.

QFA ROYALTIES, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 20) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraph 8 and made an Order of Court.

Date:  August 24, 2009