IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01301-REB-MJW

CASUAL DINING DEVELOPMENT, INC.,
A Wisconsin Corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC,
A Delaware Limited Liability Company
authorized to do business in the State of Colorado,

    Defendant.

---

**ORDER REGARDING UNOPPOSED MOTION TO ALLOW FILING OF FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(a)**
(Docket No. 26)

---

THE COURT, after having reviewed the Unopposed Motion to Allow Filing of First Amended Complaint Pursuant to F.R.C.P. 15(a) and considering the requirements of F.R.C.P. 15(a), leave to file the First Amended Complaint is hereby granted and such First Amended Complaint which accompanied the Motion shall be filed in this action by the Clerk. As of the date of this order.

DONE this 29th day of September, 2009.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO