**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01301-REB-MJW

CASUAL DINING DEVELOPMENT, INC., a Wisconsin corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC, a Delaware limited liability company authorized to do business in the State of Colorado,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the **Unopposed Motion For Leave To File Amended Response in Opposition To Motion To Dismiss First Amended Complaint [Dkt. 33] Which Complies With Reb Civ. Practice Standard V.B.1.** [#37] filed November 12, 2009.  The motion is **GRANTED**, and **Plaintiff's Amended Response in Opposition To Motion To Dismiss First Amended Complaint [Dkt. 33]** is accepted for filing.

    Dated:  November 17, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.