**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01301-REB-MJW

CASUAL DINING DEVELOPMENT, INC., a Wisconsin corporation,

    Plaintiff,

v.

QFA ROYALTIES, LLC, a Delaware limited liability company authorized to do business in the State of Colorado,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal Without Prejudice** [#42] filed January 8, 2010.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the  **Stipulation of Dismissal Without Prejudice** [#42] filed January 8, 2010, is **APPROVED**;

    2.  That the defendant's **Motion to Dismiss First Amended Complaint** [#33] filed October 19, 2009, is **DENIED WITHOUT PREJUDICE AS MOOT**;

    3.  That the Trial Preparation Conference set for July 16, 2010, is **VACATED**;

    4.  That the bench trial set to commence July 19, 2010, is **VACATED**; and

    5.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated January 11, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

Case 1:09-cv-01301-REB-MJW   Document 43   Filed 01/11/10   USDC Colorado   Page 2 of 2